May 11, 2012

Ms. Diana L. Faust
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
Mr. Jerry Mark Perrin
The Perrin Law Firm
325 N. St. Paul Street, Suite 600
Dallas, TX 75201

RE: Case Number: 09-0079
 Court of Appeals Number: 02-05-00350-CV
 Trial Court Number: 158,715-A

Style: VENKATESWARLU THOTA, M.D. AND NORTH TEXAS CARDIOLOGY CENTER
 v.
 MARGARET YOUNG, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF
 WILLIAM R. YOUNG

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Stephanie |
| |Robinson |
| |Mr. Dorsey R. Trapp|